

NUMBER 13-14-00098-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TEXAS DEPARTMENT OF
PUBLIC SAFETY,                                                          Appellant,

v.

ALEJANDRO MALDONADO,                                                   Appellee.

### On appeal from the County Court at Law No. 1
### of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Longoria
### Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment entered by the County Court at Law No. 1 of Cameron County, Texas, in cause number 2013-CCL-0792. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the issues in this appeal are moot. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* Tex. R. App. P. 42.1(a).   Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED.   Costs will be taxed against appellant.   *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
9th day of October, 2014.